Brett L. Gibbs, Esq. (SBN 251000)
Steele Hansmeier PLLC.
38 Miller Avenue, #263
Mill Valley, CA 94941
415-325-5900
blgibbs@wefightpiracy.com

*Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BOY RACER, INC., <br><br> Plaintiff, <br> v. <br><br> DOES 1-60, <br><br> Defendants. | No. CV-11-01738 MEJ <br><br> STIPULATION; [PROPOSED] ORDER |

**STIPULATION; [PROPOSED] ORDER**

In the wake of the Court's Order Granting Plaintiff's *Ex Parte* Motion for Expedited Discovery [DKT# 7] (hereinafter "the Order"), Plaintiff Boy Racer, Inc. and a third-party Internet Service Provider, Comcast Corporation (hereinafter "Comcast"), made the following negotiated stipulation with regards to subscriber response timelines:

All subscribers linked directly to Internet Protocol Addresses (hereinafter "IP Addresses") referenced on Exhibit A of the Complaint [DKT#1] that have been issued by the ISP Comcast shall be given **30 days** to file any motions related to or challenging the subpoenas, including, but not limited to, motions to quash.
This stipulation only applies to subscribers of Comcast.

All other IP Addresses issued by other ISPs shall only get the time frame allotted in the Order. Plaintiff requests that the Court acknowledge this stipulation by signing the (proposed) order below.

Respectfully Submitted,

**DATED: April 25, 2011**

By:     /s/ Brett L. Gibbs, Esq.

Brett L. Gibbs, Esq. (SBN 251000)
Steele Hansmeier PLLC.
38 Miller Avenue, #263
Mill Valley, CA 94941
blgibbs@wefightpiracy.com

*Attorney for Plaintiff*

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:   April 26, 2011

UNITED STATES

*Judge Maria-Elena James*
*UNITED STATES DISTRICT COURT*
*NORTHERN DISTRICT OF CALIFORNIA*