1  Brett L. Gibbs, Esq. (SBN 251000)
   Steele Hansmeier PLLC.
2  38 Miller Avenue, #263
   Mill Valley, CA 94941
3  415-325-5900
   blgibbs@wefightpiracy.com
4
   *Attorney for Plaintiff*
5

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BOY RACER, INC., | No. C-11-01738 MEJ |
| Plaintiff, | |
| v. | [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE |
| DOES 1-60, | |
| Defendants. | |

**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE**

On June 23, 2011, Plaintiff filed an Motion for Administrative Relief for Leave to Continue the Initial CMC, which was originally scheduled by the Court at the commencement of this action. In light of the points made in Plaintiff's Motion, and for good cause appearing,

IT IS HEREBY ORDERED that to account for reasonable delays in identifying Doe Defendants, the case management currently scheduled for July 21, 2011, is continued to **Thursday, November 17, 2011, at 10:00 a.m. on the 15th Floor in Courtroom B of the San Francisco Federal Court.**

DATED: June 23, 2011

_____
United States Chief Magistrate Judge
Maria-Elena James