IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOY RACER, INC., | No. C 11-01738SI |
| Plaintiff, | **CLERK'S NOTICE** |
| v. | |
| DOES 1-60, | |
| Defendant. / | |

To All Parties:

YOU ARE HEREBY NOTIFIED THAT the initial case management conference has been scheduled to occur on Friday, September 2, 2011, at 2:30 p.m.

Please report to Courtroom #10, 19th Floor, 450 Golden Gate Ave., San Francisco, CA 94102.

Dated: July 11, 2011

RICHARD W. WIEKING, Clerk

Tracy Torakis
Deputy Clerk