IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOY RACER, INC., | No. C 11-01738 SI |
| Plaintiff, | **JUDGMENT** |
| v. | |
| DOES 1-60, | |
| Defendants. / | |

Judgment is hereby entered in this case.

**IT IS SO ADJUDGED.**

Dated: August 19, 2011

SUSAN ILLSTON
United States District Judge